May 31, 2023

TO: Clerks office  
Attn: Clerk/Records  
U.S. District Court House  
Northern Dist of Iowa

From: Steven Lee VanDeWalker  
Case # CR 13-2010-1-LRR  
USM # 12635-029

Sir/Maam

I'm writing requesting a copy of my docit sheet Infomation as well as a copy of my Indictment/Plea Information, be sent to me at my current location the address which is.

Steven VanDeWalker 12635-029  
Manchester FCI  
P.O. BOX 4000  
Manchester, KY 40962

Thank you for your assistance in this matter.

Steven VanDewalker

RECEIVED  
JUN 05 2023  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF IOWA

06/06/2023

Mr. Vandewalker, Enclosed is a copy of the indictment and docket sheet in this matter. To receive a copy of the plea agreement the charge is .50 cents per page for a total of $6.00. Payment must be received in the clerk's office before copies can be mailed.

NAME Steven VanDe Walker
REG. NO. 10635029    QTR. WB
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

KNOXVILLE TN 377
2 JUN 2023   PM 1   L

6.2.23 EB



XRAYED US MARSHALS SERVICE

U.S. District Court
Northern Dist. of IA
Attn. Clerk/Records
111 Seventh Ave. S.E
Cedar Rapids, IA   52401-2101

52401-210312