United States District Court  Nov. 09, 2025
Northern Dist of Iowa.
Eastern Division  CASE No. 13-CR-02010

RECEIVED
NOV 17 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

From: Steven L. VanDeWalker
Reg. No. 12635-029

Your Honor,

    This is an addition to the response I sent dated 11/7/2025 in reguard to Government Exhibit 3.
    This is more a personal written address to you and the court. Let me say that after recieving a 235 month sentence and given a large upward departure, I almost immediatly lost all friends and family I had including my wife and all 3 of my children. I had almost no help or support at all from the outside world. Through time and hard work I have been able to gain employment in several departments within the prison. With increased responsibilty came better pay and more often than not an increase in the amount of FRP I was required to pay, to include as I have stated before paying 50% of my monthly wages when I worked for Unicor. I have never been in refusal for FRP and the only times I have ever missed any payments has been when I have been in transit or didn't have the money to cover it on the day taken, because I have had jobs that did not pay enough to cover even the minimum quarterly payment of $25.00. Right now, as of

the writing of this I have $0.29 on my account and once again like when I started doing this sentence I have no help from the outside world. I would like to point out also that the money I recieved from family and loved ones was meant to help me afford the things I needed as well as replace things that have been lost, stolen, or not allowed to be transfered with, as every institution has their own rules governing property allowed to be transfered into it. Again let me state that I have lived up to my end of the FRP contract I have never refused to pay nor will I ever. Also the money incumbered on my account is the result of years of saving from paychecks from the B.O.P. and not some lump sum of money someone just sent to me. Some is even left from stimulis money I recieved and saved, but again I have always paid my restitution payment in accourdance with the FRP program. Bottom line. How then when I have complied with the FRP program and my individual contract is the government seeking to take ALL of the remainder of my money when the FRP program and the amount and frequency of payment are based upon money made and money recieved. The government is trying to use years worth of transactions to justify the present situation and not once in their case do they mention that during all this time I have been

in compliance with every FRP contract I have ever been presented. What good is the contract if one of the parties can break it at will, and also incumber 100% of the money I have leaving me to have to beg friends and family for help just to get basics while my FRP contract demands $50.00 per month from me that I don't have nor do I make monthly at my job. I am currently in programming to try to gain early release from prison that money I had saved to be able to purchase work clothes and necessities while in the halfway house to find employment as I am homeless and without support. In fact my fiance' has left me over this, she has had enough of the BOP and courts always wanting more, she believed 20 years of my life was enough. Last I would like to say to the court that sweatshirts, shoes, shorts, soap and razors, phone calls, emails, and stamps are not free in prison reguardless of what people think and the items they say we have access to for "FREE" are rarely available. Please return my money and let me get back to stressing over getting my life back together not over whether I can afford to buy soap and razors.

Thank you.

Steven L. VanDeWalker
12635-029

INMATE NAME: Steven VanDeWalker
REGISTER # 12635-029
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

CHARLESTON WV 250
12 NOV 2025 AM 3 L
11.12.25 EB



XRAYED US MARSHALS SERVICE

United States Dist. Court.
Northern Dist of Iowa
Attn. Dist. Court Judge
111 7th Ave. SE. 5th Flr.
Cedar Rapids, IA
52401-2101

52401-210199